UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LORETTA LYNN KLEEVES,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 2:24-cv-0069

Hon. Jane M. Beckering
U.S. District Judge

# REPORT AND RECOMMENDATION

Plaintiff Loretta Lynn Kleeves and Defendant Commissioner of Social Security filed a stipulation and order for an award of attorney fees in the amount of $6,700.00 under the Equal Access to Justice Act, 28 U.S.C § 2412, and for costs in the amount of $405.00. (ECF No. 11.)

In the opinion of the undersigned, Kleeve's request for attorney fees is supported by the record.

Accordingly, it is respectfully recommended that the Court grant the stipulation and order for fees under the EAJA for $6,700.00 and for costs in the amount of $405.00.

Dated: November 18, 2024

        /s/ *Maarten Vermaat*
        MAARTEN VERMAAT
        U.S. MAGISTRATE JUDGE