UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LORETTA LYNN KLEEVES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:24-cv-69

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation for Attorney Fees Under the Equal Access to Justice Act (EAJA) (ECF No. 11).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 12) on November 18, 2024, recommending that this Court grant the stipulation.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 12) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees Under the Equal Access to Justice Act (ECF No. 11) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff for fees under the EAJA for $6,700.00 and for costs in the amount of $405.00.  Payment of fees shall be made directly to Plaintiff's attorney, if Plaintiff has agreed to assign her rights to EAJA fees to her attorney and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: December 3, 2024

        /s/ Jane M. Beckering
        JANE M. BECKERING
        United States District Judge